IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>KONICA MINOLTA HOLDINGS, INC., KONICA MINOLTA HOLDINGS U.S.A., INC. and KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.,<br><br>　　　　*Defendants.* | C.A. No. 12- 1270-SLR |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their undersigned counsel and subject to the approval of the Court, that all claims between Plaintiff Telecomm Innovations, LLC and Defendants Konica Minolta Holdings Inc., Konica Minolta Holdings USA Inc. and Konica Minolta Business Solutions USA Inc. in the above-captioned action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

RLF1 8200879v.1

| | |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Anne Shea Gaza* |
| Stamatios Stamoulis (#4606) | Anne Shea Gaza (#4093) |
| Richard C. Weinblatt (#5080) | Travis S. Hunter (#5350) |
| STAMOULIS & WEINBLATT LLC | RICHARDS LAYTON & FINGER, P.A. |
| Two Fox Point Centre | One Rodney Square |
| 6 Denny Road, Suite 307 | 920 North King Street |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 651-7700 |
| stamoulis@swdelaw.com | gaza@rlf.com |
| weinblatt@swdelaw.com | hunter@rlf.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Konica Minolta* |
| *Telecomm Innovations, LLC* | *Holdings Inc., Konica Minolta Holdings USA Inc., and Konica Minolta Business Solutions USA Inc.* |

**SO ORDERED this ___ day of _____, 2013.**

_____
**Hon. Sue L. Robinson**
**U.S.D.C.**